595-15

# ELECTRONIC RECORD

COA # 11-13-00099-CR          OFFENSE: 22.02

STYLE: **Gary Jay McCoy v. The State of Texas**          COUNTY: Ector

COA DISPOSITION: AFFIRMED          TRIAL COURT: 161st District Court

DATE: 4/16/15          Publish: NO   TC CASE #: B-40,007

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Gary Jay McCoy v. The State of Texas**          CCA #: **PD-0595-15**

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_Refused_          JUDGE: _____

DATE: _Sept. 16, 2015_          SIGNED: _____     PC: _____

JUDGE: _PC_          PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD